IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 15-CV-2202 |
| ONE (1) PALMETTO STATE ARMORY PA-15 MACHINEGUN RECEIVER/FRAME UNKNOWN CALIBER, SERIAL NUMBER LW001804, | : | |
| Defendant, and | : | |
| WATSON FAMILY GUN TRUST | : | |
| Claimant. | : | |

## PRAECIPE FOR ENTRY OF APPEARANCE

**To the Clerk of Court:**

Pursuant to Local Rule 5.1, please enter the appearance of the undersigned, David Scott, Esq., as counsel for Claimant, Watson Family Gun Trust, in the above captioned matter.

                                                                     Respectfully submitted,

Dated: May 26, 2015                               /s/ David Scott_____
                                                                   David Scott, Esq.
                                                                   P.A. ID 313491
                                                                   J. Scott Watson, P.C.
                                                                   24 Regency Plaza
                                                                   Glen Mills, PA 19342
                                                                   (610) 358-9600
                                                                   David.Scott@jscottwatson.com