## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused a true and correct copy of the Verified Claim of Interest by the Watson Family Gun Trust to be served by certified mail, return receipt requested, on the following:

Jacqueline C. Romero
Assistant United States Attorney
United States Attorney's Office
Eastern District of Pennsylvania
615 Chestnut Street, Room 1250
Philadelphia, PA 19106

Dated: May 26, 2015
                                                        /s/ David Scott
                                                        David Scott, Esq.
                                                        Attorney for Claimant