**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused a true and correct copy of Claimant Watson Family Gun Trust's Answer to Complaint for Forfeiture to be served via the Court's electronic filing system, on the following:

Jacqueline C. Romero<br>
Assistant United States Attorney<br>
United States Attorney's Office<br>
Eastern District of Pennsylvania<br>
615 Chestnut Street, Room 1250<br>
Philadelphia, PA 19106

Dated: June 12, 2015

      /s/ David Scott
David Scott, Esq.
Attorney for Claimant