IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ONE PALMETTO STATE ARMORY )<br>PA-15 MACHINEGUN RECEIVER/FRAME)<br>UNKNOWN CALIBER, SERIAL NUMBER )<br>LW001804, Defendant )<br>)<br>And )<br>)<br>WATSON FAMILY GUN TRUST, )<br>Claimant )<br>) | Case No.2:15-cv-2202-SD<br>(consolidated with 2:14-cv-6569-SD) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Plaintiff Ryan S. Watson Individually and as Trustee of the Watson Family Gun Trust, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Opinion and Order entered July 22, 2015 [ECF Nos. 6, 7].

Dated: August 1, 2015.

                                                                              Respectfully submitted,

                                                                              */s/ Stephen D. Stamboulieh*
                                                                              STEPHEN D. STAMBOULIEH
                                                                              ATTORNEY FOR PLAINTIFF

**Of Counsel:**

David R. Scott
Law Offices of J. Scott Watson, P.C.
24 Regency Plaza
Glen Mills, PA  19342

(610) 358-9600
PA Bar No. 313491

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
Admitted Pro Hac Vice

Alan Alexander Beck
Law Office of Alan Beck
4780 Governor Drive
San Diego, CA  92122
(619) 971-0414
alan.alexander.beck@gmail.com
Admitted Pro Hac Vice

## **CERTIFICATE OF SERVICE**

I, Stephen D. Stamboulieh, hereby certify that the above Notice of Appeal has been filed electronically with the Clerk of this Court, which sends notification of such filing to all counsel of record in this case.

                                            **/s/ Stephen D. Stamboulieh**
                                            Stephen D. Stamboulieh
                                            Stamboulieh Law, PLLC
                                            P.O. Box 4008
                                            Madison, MS  39130
                                            (601) 852-3440
                                            stephen@sdslaw.us
                                            MS Bar No. 102784
                                            Admitted Pro Hac Vice