# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                                                 15-cv-2202
                                                 District Court Docket Number

    vs.

ONE (1) PALMETTO STATE ARMORY PA-15                                        8/3/15

Notice of Appeal Filed 08/01/2015
Court Reporter(s)/ESR Operator(s)

Filing Fee:
      Notice of Appeal _____Paid  _X_    Not Paid _____Seaman
      Docket Fee        _____Paid  _X_    Not Paid _____USA/VI

CJA Appointment (Attach Copy of Order)

_____Private Attorney
_____Defender Association or Federal Public Defender
_____Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_____Motion Granted
_____Motion Denied
_____Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____Granted
_____Denied
_____Pending

                                Defendant's Address (for criminal appeals)


                            Prepared by: s/Vincent J. Alia_____
                                          Vincent J. Alia
                                    Deputy Clerk/Signature/Date


          PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
                THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm