IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.2:15-cv-2202-SD |
| | ) | (consolidated with 2:14-cv-6569-SD) |
| ONE PALMETTO STATE ARMORY | ) | |
| PA-15 MACHINEGUN RECEIVER/FRAME | ) | |
| UNKNOWN CALIBER, SERIAL NUMBER | ) | |
| LW001804, Defendant | ) | |
| | ) | |
| And | ) | |
| | ) | |
| WATSON FAMILY GUN TRUST, | ) | |
| Claimant | ) | |
| | ) | |

**JOINT MOTION FOR STAY OF FORFEITURE PROCEEDINGS PENDING APPEALS**

On July 22, 2015, this Court entered its Opinion and Order [ECF No.s 6, 7] disposing of the underlying issues in case number 2:14-cv-6569-SD, which had been consolidated with 2:15-cv-2202 by Order dated June 22, 2015.  The Court ordered that filings related to the forfeiture action concerning the disposition of the Palmetto State Armory PA-15 machinegun receiver/frame (the "Defendant Machinegun") be filed by August 10, 2015.  On August 1, 2015, the Watson Family Gun Trust ("Claimant") filed its Notice of Appeal to the Third Circuit Court of Appeals appealing this Court's July 22, 2015 Opinion and Order, which related to issues raised in the complaint in case number  2:14-cv-6569-SD.

Counsel for Claimant contacted counsel for the United States of America by email on July 30, 2015 and again by telephone on August 3, 2015 to discuss possible staying of this forfeiture action pending resolution of the appeals.

The Parties have agreed that the forfeiture action should be stayed pending resolution of the appeal upon the following stipulations:

If this Court's July 22, 2015 Opinion and Order are affirmed, Claimant stipulates that the United States of America is entitled to forfeit the Defendant Machinegun.  Claimant further stipulates that if the Court's July 22, 2015 Opinion and Order is affirmed on appeals, Claimant will withdraw the Verified Claim of Interest filed on May 25, 2015 and Answer to Complaint For Forfeiture filed on June 12, 2015 and cease to contest the forfeiture; and

Plaintiff, United States of America, stipulates that its agency, the Bureau of Alcohol, Tobacco, Firearms and Explosives will continue to preserve the Defendant Machinegun pursuant to the Court's January 26, 2015 Order in 2:14-cv-6569-SD [ECF No. 12] pending resolution of the appeals and pending further order of this Court.

A proposed Order is attached hereto as Exhibit "1."

**WHEREFORE PREMISES CONSIDERED**, the Parties request this Court to grant their request to stay forfeiture proceedings pending resolution of the appeals of this Court's Order dated July 22, 2015 with the aforementioned stipulations.

This, the __5th__ day of August, 2015.

Respectfully submitted,

_/s/ Stephen D. Stambouliehe_____
STEPHEN D. STAMBOULIEH
ATTORNEY FOR CLAIMANT

**Of Counsel:**

Stephen D. Stambouliehe
Stambouliehe Law, PLLC

P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
Admitted Pro Hac Vice

Alan Alexander Beck
Law Office of Alan Beck
4780 Governor Drive
San Diego, CA  92122
(619) 971-0414
alan.alexander.beck@gmail.com
Admitted Pro Hac Vice

## CERTIFICATE OF COUNSEL

I, Stephen D. Stamboulieh, hereby certify that the above Join Motion for Stay of Forfeiture Proceedings Pending Appeals is agreed to by all parties.

This, the __5th__ day of August, 2015.

>/s/ Stephen D. Stamboulieh
Stephen D. Stamboulieh
Stambouliech Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I, Stephen D. Stambouliech, hereby certify that the above Join Motion for Stay of Forfeiture Proceedings Pending Appeals has been filed electronically with the Clerk of this Court, which sends notification of such filing to all counsel of record in this case.

This, the __5th__ day of August, 2015.

>/s/ Stephen D. Stambouliech
Stephen D. Stambouliech
Stambouliech Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
Admitted Pro Hac Vice